

Shamis & Gentile, P.A.
14 NE 1ˢᵗ Ave, Suite 1205 • Miami, FL 33132
Telephone 305-479-2299 • Fax 786-623-0915

March 24, 2026

**VIA ECF**

**Hon. Margaret M. Garnett**
**United States District Court**
**Southern District of New York**
**Thurgood Marshall**
**United States Courthouse**
**40 Foley Square**
**New York, NY 10007**

**Re:** ***In re Institute of Culinary Education, Inc., Data Privacy Litigation*, No. 1:25-cv-08479**

Dear Judge Garnett:

Undersigned counsel represents Plaintiffs in the Action as appointed interim co-lead counsel. (ECF No. 18). Pursuant to this Court's Individual Rules and Practices in Civil Matters, Section II(B)(4), Plaintiffs respectfully request that Your Honor stay the case so that the parties may work towards resolving the issues raised in this litigation through mediation. Defendant Institute of Culinary Education, Inc. filed a Motion to Dismiss, Memorandum of Law in Support of Motion, and Declaration in Support of Motion on January 16, 2026 (ECF Nos. 24-26). Plaintiffs filed their Response in Opposition to the foregoing on March 3, 2026 (ECF No. 35). Defendant filed its Reply in Support of its Motion on March 23, 2026. (ECF No. 37).

The requested stay is sought jointly by Plaintiffs, by and through undersigned counsel, and Defendant. The parties have agreed to mediate with Hon. Diane Welsh (Ret.) of JAMS on June 9, 2026.

Accordingly, to avoid any inefficient use of the Court's time and resources, and so the Parties may productively focus on their settlement efforts, the Parties respectfully request that the Court temporarily stay any further action in this matter while the Parties work toward a final resolution of all open issues. The Parties request that the temporary stay remain in place until June 15, 2026, at which time the Parties will file a joint submission apprising the Court of the outcome of mediation.

Page 2

We thank the Court for its consideration of this request.

GRANTED.  The case is STAYED pending the parties' mediation efforts.  The parties shall file a further status update by **June 15, 2026.**

SO ORDERED.  Dated March 25, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ Leanna Loginov*
Leanna Loginov
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
lloginov@shamisgentile.com

cc:      All counsel of record (via ECF)